**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Meide Zhang and Zhongliang Qiu | 1:16-cv-04013-LGS |
| DEFENDANT | TYPE OF PROCESS |
| Liang Zhang and Sunshine USA Inc. | Writ of Execution of Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sunshine USA Inc. d/b/a Wu Liang Ye restaurant
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
36 West 48th Street, New York, New York 10036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Law Offices of David Yan
136-20 38th Avenue, Suite 11E
Flushing, NY 11354
Tel.: (718) 888-7788, Email: davidyanlawoffice@gmail.com

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

All Cash and accounts receivable of SUNSHINE USA INC d/b/a Wu Liang Ye restaurant in the location of 36 West 48th Street, New York, New York 10036.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (718) 888-7788
DATE: 8/22/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: P2
District of Origin: No. 054
District to Serve: No. 054
Date: 8/23/18

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Herman Tang - Manager

Date: 8/23/18   Time: 2:00 pm

Signature of U.S. Marshal or Deputy #4416

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $6.21 | | $71.21 | | $0.00 |

I hereby certify and return that on September 7, 2018, I received a check from Citibank, in the amount of $2,881.12 representing funds for case number 16 Civ. 4013

Judgment Partially Satisfied
Dated: New York, NY
December 17, 2018

Michael Greco
United States Marshal

By: Allison Honeymar
Deputy United States Marshal

S. Marshal with payment,
le to U.S. Marshal.

16-4013-3 ✓

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

# United States District Court
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO._____                                    DOCKET NO. 1:16-cv-04013-LGS

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of __Sunshine USA Inc.__

in your district you cause to be made the sum of $238,803.77

Two Hundred Thirty Eight Thousand Eight Hundred Three dollars and Seventy Seven cents, ($238,803.77)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit,

recovered against the said Sunshine USA Inc.

in an action between Meide Zhang and Zhongliang Qiu

PLAINTIFF and Liang Zhang and Sunshine USA Inc.

DEFENDANT, in favor of said Plaintiffs Meide Zhang and Zhongliang Qiu

as appears by the record filed in the Clerk's Office of said District Court on the 20th day of August, in the year of 2018

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the 23 day of August year of our Lord 2018, and of the Independence of the United States the two hundred forty Third year.

_____
CLERK

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Meide Zhang, et al.

-against-

Liang Zhang, et al.

EXECUTION AGAINST PROPERTY

Attorney for
Plaintiffs Meide Zhang and Zhongliang Qiu

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

Sunshine USA Inc.

_____ 238, 803 Dollars
and _____ 77 cents,
with interest from the 20th
day of August , 2018 ,
besides your fees, etc.

_____ Attorney

U.S. MARSHALS SERVICE
SOUTHERN DISTRICT NEW YORK
2018 AUG 23 AM 10:15
CIVIL SECTION
RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEIDE ZHANG, et al.,

                Plaintiffs,

-against-

16 CIVIL 4013 (LGS)

**JUDGMENT**

LIANG ZHANG, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2018, final judgment is entered against Defendant Sunshine USA Inc. (and no other Defendant) in favor of Plaintiff Meide Zhang in the amount of $132,976.66 and Plaintiff Zhongliang Qiu in the amount of $105,827.11. It is further ORDERED THAT a 15% penalty will be added with respect to any damages attributable to the New York Labor Law ("NYLL") that have not been paid to any Plaintiff upon expiration of "ninety days following the issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later." N.Y. Lab. Law §§ 198(4), 663(4); see also Hernandez v. Jrpac Inc., No. 14 Civ. 4176, 2016 WL 3248493, at *36 (S.D.N.Y. June 9, 2016) (applying NYLL's penalty provisions similarly); Rosendo v. Everbrighten Inc., No. 13 Civ. 256, 2015 WL 4557147, at* 1 (S.D.N.Y. July 28, 2015) (same).

Dated: New York, New York
       August 20, 2018

                                                RUBY J. KRAJICK

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY: _____
      Deputy Clerk

BY:    Clerk of Court

     _____
     Deputy Clerk