```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                           :
    ZHANG ET AL.,                          :        16 Civ. 4013
                     Plaintiff(s),         :
                                           :        ORDER
             -against-                     :
                                           :
    ZHANG ET AL.,                          :
                     Defendant(s),         :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed motions for attorneys' fees at Dkt. Nos. 226, 239, 252;

WHEREAS, per the Amended Order of Referral at Dkt. No. 285 ("Order of Referral"), the attorneys' fees motions were referred to Judge Pitman on April 24, 2019. On August 2, 2019, the Clerk of Court issued a "Notice of Motion Assignment to Magistrate Judge," indicating once more that the attorneys' fees motions had been referred to Judge Pitman. On October 2, 2019, Judge Cave was reassigned to this case, in lieu of Judge Pitman;

WHEREAS, Plaintiffs filed an appeal of the judgment and various pre-trial motions to the U.S. Court of Appeals for the Second Circuit on March 20, 2019. The parties argued the appeal on March 11, 2020. That appeal is still pending. It is hereby

**ORDERED** that the motions for attorneys' fees are DENIED, without prejudice to renewal, after resolution of the Second Circuit appeal. The Clerk of Court is respectfully directed to close Dkt. Nos. 226, 239, 252.

Dated: March 23, 2020
       New York, New York

                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE