UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                        :

    ZHANG ET AL.,                           :              16 Civ. 4013
                       Plaintiff(s),  :

                                          :              <u>ORDER</u>

                     -against-             :

                                          :

    ZHANG ET AL.,                           :
                       Defendant(s), :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, by Order dated March 23, 2020, the motions for attorneys' fees at Dkt. Nos.

226, 239 and 252 were denied without prejudice to renewal, after resolution of the Second

Circuit appeal.  The Court of Appeals' mandate issued on June 3, 2020.  It is hereby

        **ORDERED** that the parties shall file any renewed motions for attorneys' fees by **June**

**17, 2020**.

Dated: June 5, 2020
        New York, New York                          LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**