UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   ZHANG ET AL.,

                         Plaintiff(s),

          -against-

   ZHANG ET AL.,

                       Defendant(s),
------------------------------------------------------------ X

16 Civ. 4013

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated March 23, 2020, the motions for attorneys' fees at Dkt. Nos. 226, 239 and 252 were denied without prejudice to renewal, after resolution of the Second Circuit appeal. The Court of Appeals determined it lacked jurisdiction to review the award of sanctions, vacated the order granting sanctions at Dkt. No. 150 and remanded the case for further proceedings in the event any party wished to renew a motion for attorneys' fees;

WHEREAS, by Order dated June 5, 2020, the parties were directed to renew any motion for attorneys' fees by June 17, 2020, and on June 17, 2020, the parties filed motions at Dkt. Nos. 303 and 304. It is hereby

**ORDERED** that, for the purpose of bringing this case to a close, the order granting sanctions is reinstated, and the parties' motions at Dkt. Nos. 303 and 304 are referred to Judge Cave. A Fourth Amended Order of Reference will issue separately.

Dated: June 19, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE