UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X   Case No.: 1:16-cv-04013 (LGS)
**MEIDE ZHANG and ZHONGLIANG QIU,**

                Plaintiffs,   **AMENDED**
v.   ~~PROPOSED~~ **JUDGMENT**

**SUNSHINE USA INC. d/b/a WU LIANG YE,**

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LORNA G. SCHOFIELD, DISTRICT JUDGE:

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated March 30, 2018 (Dkt. 140) and September 13, 2018 (Dkt. 238), a judgment is entered against Defendant **SUNSHINE USA INC. D/B/A WU LIANG YE** in favor of Plaintiff Meide Zhang in the amount of $151,266.52 and Plaintiff Zhongliang Qiu in the amount of $120,044.53.

    It is hereby further **ORDERED, ADJUDGED AND DECREED:** That post-judgment interest accrued from August 20, 2018 to August 20, 2020 shall be awarded to Plaintiffs against defendant Sunshine USA Inc. based on the 28 U.S.C. § 1961 rate. *See* 28 U.S.C. § 1961 (Section 1961 applies to "*any* money judgment in a civil case recovered in a district court." (emphasis added)). *See also Cappiello v. ICD Publications, Inc.*, 720 F.3d 109, 113 (2d Cir. 2013) (holding that the federal statutory rate governs in the analogous diversity jurisdiction context).

Dated: New York, New York
       August 20, 2020

                                            LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**