UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MEIDE ZHANG, et al.

                Plaintiffs,

- against -

LIANG ZHANG, et al.,

                Defendants.

------------------------------------------------------------------X

Case No. 1:16-cv-04013 (LGS)

**PROPOSED JUDGMENT**

**LORNA G. SCHOFIELD, DISTRICT JUDGE:**

It is hereby **ORDERED, ADJUDGED AND DECREED**: that for the reasons set forth in the **OPINON & ORDER**, entered on April 17, 2018 (attached herewith), and the **OPINION & ORDER**, entered on March 26, 2021 (attached herewith), a judgment is entered against David Yan, Esq., and the Law Offices of David Yan, in favor of the Defendant Liang Zhang, in the amount of $67,802.94.

Dated: New York, New York
       May 3, 2021

                                      **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**