UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEIDE ZHANG, ET AL.,
                             Plaintiffs,

                      -against-                          16 Civ. 4013 (LGS)

LIANG ZHANG, ET AL.,                       ORDER
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that a hearing will be held on Plaintiffs and Mr. Yan's application for a temporary restraining order on **April 29, 2022, at 2:15 P.M.**, by telephone. The parties shall dial the conference line at 888-363-4749 and use passcode 558-3333. No action should be taken to change the status quo before the hearing.

Dated: April 28, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE