UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MEIDE ZHANG, et al.,
                Plaintiffs,

-against-                      16 Civ. 4013 (LGS)

LIANG ZHANG, et al.,            ORDER
                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a hearing was held in this case on April 29, 2022, on the motion of Plaintiffs and their counsel Mr. Yan for emergency injunctive relief enjoining Defendants and their counsel from seizing certain assets to satisfy the Corrected Judgment against Mr. Yan at Dkt. No. 345 that was entered on May 10, 2021, following an order of sanctions (Dkt. No. 331). It is hereby

    **ORDERED** that, for the reasons stated at the hearing, enforcement of the Corrected Judgment entered on May 10, 2021, at Dkt. No. 345, is STAYED until further order of the Court. It is further

    **ORDERED** that, the parties shall advise the Court within one business day of a decision by the United States Court of Appeals for the Second Circuit on Plaintiffs' and Mr. Yan's pending appeal of the sanctions order and Corrected Judgment. It is further

    **ORDERED** that Plaintiffs' and Mr. Yan's motion for emergency injunctive relief is DENIED as moot.

Dated: April 29, 2022
       New York, New York

                                           LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE